**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12028
Non-Argument Calendar
_____

JEROME COGGINS,

*Petitioner-Appellant,*

*versus*

WARDEN,

*Respondent-Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-00873-JPB
_____

Before JILL PRYOR, LAGOA, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Jerome Coggins, *pro se*, appears to seek review of the magistrate judge's April 16, 2025 order and final report and

recommendation ("R&R"), which granted him leave to proceed *in forma pauperis* and recommended dismissal of his 28 U.S.C. § 2241 petition and denial of a certificate of appealability.

The magistrate judge's recommendations were not final and appealable because the district court had not adopted the R&R or rendered it final when Coggins appealed. *See* 28 U.S.C. § 1291 (providing that appellate jurisdiction is generally limited to "final decisions of the district courts"); *Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998) (explaining that a magistrate judge's R&R that has not been adopted by the district court is not final or immediately appealable). Even if the district court subsequently adopted the R&R, that would not cure Coggins's premature notice of appeal. *See Perez-Priego*, 148 F.3d at 1273. Additionally, Coggins lacks standing to challenge the portion of the ruling granting him leave to proceed *in forma pauperis* because it did not injure him in any way. *See Wolff v. Cash 4 Titles*, 351 F.3d 1348, 1353-54 (11th Cir. 2003); *Nationwide Mut. Ins. Co. v. Barrow*, 29 F.4th 1299, 1301 (11th Cir. 2022).